UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v- 11 CR 10061 NMG

JOSEPH GENNACO,

Defendant-Petitioner.

-------------------------------------------------------------------X

**MOTION TO WITHDRAW 2255 PETITION**

COMES NOW, Joseph Gennaco, Defendant-Petitioner in the above-captioned case, by his appointed counsel, Inga L. Parsons, and hereby submits his request to withdraw his 2255 petition so that it is not decided on the merits. In support of this motion, defense counsel avers as follows:

1. Petitioner has been working through the documentation in this matter as he believed that the amount at issue was below $2.5 million and at first review that appeared to be the case.

2. Counsel and Mr. Gennaco have gone through the documents at length via mail and attorney calls. It has become evident that the amount involved was less than the amount found by the Court but not to the extent originally thought due to double counting certain returns and mathematical errors that were discovered by counsel.

3. Since the guidelines were based on an amount between $2.5 million and $7 million, and not the amount found by probation, even if there had been ineffectiveness

of counsel, it would not impact the guideline sentencing range because the amount was not less than $2.5 million.

4. Moreover, although the amount of loss found by the United States Probation Officer was in excess of $7 million, that was not the guideline used by the Court.

5. Furthermore, the amount of restitution was based on a $4.5 million figure pursuant to the plea agreement and not on the higher $7 million. As a result, even though the amounts determined with some additional credits that were more in line with that figure, it would not have affected Mr. Gennaco's sentence because the Court only imposed the $4.5 million amount for restitution.

6. Counsel met in person with Mr. Gennaco at FCP Canaan in Waymart Pennsylvania. At that meeting, Mr. Gennaco advised that given the final numbers, he would withdraw his plea such that the Court would not be deciding his 2255 petition on the merits.

7. Accordingly, it is hereby requested that Mr. Gennaco be permitted to withdraw his previously filed 2255 petition and that it not be acted on the merits.

8. For other good and just cause.

WHEREFORE the defense respectfully requests that this Court permit Mr. Gennaco to withdraw his previously filed petition, and for such other and further relief as this Court deems just and necessary.

Dated: April 18th, 2016

Respectfully submitted,

______/s/___Inga L. Parsons______________
Inga L. Parsons (BBO#675221)
3 Bessom Street, No. 234
Marblehead, MA 01945
781-581-2262

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on the 20th day of April, 2016 upon the following by ECF/CM delivery to all counsel of record:

______/s/___Inga L. Parsons______________
Inga L. Parsons